■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILBUR HILDRETH, Appellant. [941 NYS2d 507]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Braslow, J.), rendered February 28, 2011, convicting him of operating a motor vehicle while under the influence of alcohol or drugs and disorderly conduct, after a nonjury trial, and imposing sentence.

Ordered that the appeal is dismissed as academic, and the matter is remitted to the County Court, Suffolk County, for further proceedings consistent with *People v Mintz* (20 NY2d 770 [1967]).

The defendant died during the pendency of this appeal and, thus, the action has abated (*see People v Mintz*, 20 NY2d 770 [1967]; *People v Jenkins*, 167 AD2d 422 [1990]). Skelos, J.P., Balkin, Roman and Sgroi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY KETTELES, Also Known as JERRY KETTRLES, Appellant. [941 NYS2d 513]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 19, 2009 (*People v Ketteles*, 62 AD3d 902 [2009]), affirming a judgment of the Supreme Court, Kings County, rendered September 13, 2006.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, A.P.J., Rivera, Dillon and Leventhal, JJ., concur.